IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JAMES DERRIL McCRAY,<br># 143526,<br><br>   Petitioner,<br><br>v.<br><br>KAREN WILLIAMS, *et al.,*<br><br>   Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 3:21-CV-188-WHA-JTA<br>)         (WO)<br>)<br>)<br>)<br>) |

## **ORDER**

On September 16, 2022, the Magistrate Judge filed a Recommendation (Doc. 44) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

(1) The Recommendation (Doc. 44) is ADOPTED;

(2) Respondents' Motion to Dismiss (Doc. 42) is GRANTED; and

(3) This case is DISMISSED without prejudice.

A separate final judgment will be entered.

DONE this 14th day of October, 2022.

                    /s/ W. Harold Albritton
                    W. HAROLD ALBRITTON
                    SENIOR UNITED STATES DISTRICT JUDGE